**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| Gerson Montenegro )  <br>　　　　　　　Plaintiff, ) <br> v. ) Civil Action No. 4:22-cv-00556-ALM <br> ) <br> Allen Cafe, LLC and Nasir Odza, ) <br> ) <br> 　　　　　　　Defendants. ) | |

## ORDER OF DISMISSAL

Before the Court is the Parties' Stipulation for Dismissal With Prejudice. The Parties have reported to the Court that they have resolved the issues in the case, and the Court hereby accepts the Stipulation for Dismissal With Prejudice.

It is therefore ORDERED that this case is dismissed with prejudice and without costs, with each party to bear their own attorney's fees and costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of January, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE